IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00255 AWI |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING and ORDER |
| v. | ) ) | Date: March 17, 2008 |
| DENNIS ELLIS, | ) ) | Time: 9:00 A.M. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) | |
| _____ | ) | |

The Parties filed the following stipulation in the above entitled case:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for March 10, 2008, **may be continued to March 17, 2008 at 9:00 A.M.**

This continuance is requested to allow counsel for the defendant additional time for defense preparation and plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

                                                                           McGREGOR W. SCOTT
                                                                           United States Attorney

DATED: March 6, 2008                            By  /s/  KIMBERLY SANCHEZ
                                                                                KIMBERLY SANCHEZ
                                                                                Assistant United States Attorney
                                                                                Attorney for Plaintiff

|   |   |
|---|---|
|   | DANIEL J. BRODERICK |
|   | Federal Public Defender |
| DATED: March 6, 2008 | By  /s/ Melody M. Walcott |
|   | MELODY M. WALCOTT |
|   | Assistant Federal Defender |
|   | Attorney for Defendant |
|   | DENNIS ELLIS |

## **O R D E R**

As per the stipulation, **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   March 6, 2008**               /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE

-2-