DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DENNIS ELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00255 AWI |
| Plaintiff, | ) | STIPULATION TO CONTINUE CONTESTED HEARING; ORDER |
| v. | ) | |
| DENNIS ELLIS, | ) | Date:   April 11, 2011 |
| Defendant. | ) | Time:  1:30 P.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the contested hearing in the above-captioned matter now set for April 4,

2011, **may be continued to April 11, 2011, at 1:30 P.M.**

This continuance is requested because defense counsel is scheduled to be the Duty Attorney for her

office and will not be available for a contested hearing on the date now set.  Assistant United States

Attorney Elana Landau does not oppose this request. The requested continuance will provide for

continuity of counsel and will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED:  March 29, 2011          /s/ Elana Landau
                                ELANA LANDAU
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  March 29, 2011          /s/ Melody M. Walcott
                                MELODY M. WALCOTT
                                Assistant Federal Defender
                                Attorney for Defendant
                                DENNIS ELLIS

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:    March 31, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Contested
Hearing; Order                    –2–