```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DENNIS ELLIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS ELLIS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 1:07-cr-00255 AWI <br><br> STIPULATION TO CONTINUE <br> CONTESTED HEARING; <br> ORDER <br><br> Date:  August 8, 2011 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the dispositional hearing in the above-captioned matter now set for July 18, 2011, **may be continued to August 8, 2011, at 9:00 A.M.**

This request for continuance is made by counsel for defendant because counsel will be out of her office on medical leave from July 7, 2011 through July 31, 2011, and will not be available for court on the date now set for hearing.  Assistant United States Attorney Elana Landau does not oppose this request. The requested continuance will provide for continuity of counsel and will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: July 6, 2011                     /s/ Elana Landau
                                        ELANA LANDAU
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: July 6, 2011                     /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DENNIS ELLIS

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  July 6, 2011

                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE