DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DENNIS ELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DENNIS ELLIS,<br><br>        Defendant. | NO. 1:07-cr-00255 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: August 29, 2011<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now set for August 8, 2011, **may be continued to August 29, 2011, at 9:00 A.M.**

This request for continuance is made by counsel for defendant because counsel is out of her office on medical leave and will not be available for court on the date now set for hearing and will need additional time to prepare for sentencing. Assistant United States Attorney Elana Landau does not oppose this request. The requested continuance will provide for continuity of counsel and will conserve time and resources for both counsel and the court.

///
///
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED:  July 27, 2011           /s/ Elana Landau
                                ELANA LANDAU
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  July 27, 2011           /s/ Melody M. Walcott
                                MELODY M. WALCOTT
                                Assistant Federal Defender
                                Attorney for Defendant
                                DENNIS ELLIS

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   July 27, 2011

                                                CHIEF UNITED STATES DISTRICT JUDGE